# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

**Judge**: JOHN C. LIFLAND     November 1, 2006
                               Date of Proceedings

**Court Reporter**: Lynne Johnson

**Title of Case:**                Docket 05-531

UNITED STATES V. DWONE ORR

**Appearances:**
Melissa Jampol, AUSA
Stacy Biancomano, AFPD

**Nature of Proceeding: SENTENCING**

SENTENCE: IMPRISONMENT FOR A TERM OF 100 MONTHS AND SUPERVISED RELEASE FOR A TERM OF 3 YEARS WITH MANDATORY DRUG TESTING.
Special conditions of supervised release:
1.  Refrain from using drugs.
2.  Participate in a mental health program.
3.  DNA collection

S.A. $100 payable immediately.

Ordered deft., remanded.


Time Commenced: 12:00
Time Adjourned: 12:30

                              /s/ JOHN G. BASILONE
                                 Deputy Clerk